Case 1:08-mc-00002  Document 1  Filed 01/07/2008  Page 1 of 1

MC 08 00002

| Form 668(Y)CM (Rev. June 1994) | DEPARTMENT OF FINANCE - DIVISION OF REVENUE AND TAXATION<br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**<br>**NOTICE OF TAX LIEN UNDER CNMI TAX LAWS** |
|---|---|

District: Saipan     Serial Number: 20080002TLM

**For Optional Use by Recording**

FILE NO. 08-020
Date: 01/07/08   Time: 10:24
Book: 14   Page: 80

FILED
Commonwealth Clerk/Recorder
District Court
JAN - 7 2008
For The Northern Mariana Islands
By _____

Name of Taxpayer: Triple S Security, LLC
Residence: P.O. Box 502457, Saipan, MP 96950

**IMPORTANT RELEASE INFORMATION:** With respect to each NMTIT assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in NMTIT.

| (a) | Ended (b) | (c) | (d) | (e) | Assessment (f) |
|---|---|---|---|---|---|
| OS-3105G | 9/30/2006 | 99-3007894 | 1/31/2007 | 3/02/2017 | 2,092.38 |
| OS-3105G | 12/31/2006 | 99-3007894 | 5/11/2007 | 6/10/2017 | 2,664.26 |
| OS-3105G | 3/31/2007 | 99-3007894 | 8/07/2007 | 9/06/2017 | 3,055.79 |

Place of Filing: CNMI Superior Court
U.S. District Court

Total: $ 7,812.43

Signature: Estrellita S. Ada   Title: _____tion

On this 4th day of January, 20 08, before me a Notary Public of the CNMI, personally appeared the above signed individual, who acknowledge to me that he signed the foregoing instrument as his free and voluntary act and deed for the purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____ Notary Public

FRANCES T. ADA
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission expires: 9/12/08
P.O. Box 502831
Saipan MP 96950

Form 668(Y)CM (Rev. 6-94)